IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DAVID A. BRADLOW, etc.,                          No. C 06-5344 SI

      Plaintiff and Appellant,        **ORDER OF RECUSAL**

  v.

THE CASTANO GROUP, et al.,

      Defendants and Appellees.
_____/

    I hereby recuse myself in the above entitled matter and request that the case be reassigned pursuant to Section F. of the Assignment Plan of this Court.

.

    **IT IS SO ORDERED.**

Dated:   September 12, 2006

                              SUSAN ILLSTON
                              United States District Judge

**United States District Court**
For the Northern District of California