IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID A. BRADLOW, etc., | No. C 06-5344 SI |
| Plaintiff and Appellant, | **ORDER OF RECUSAL** |
| v. | |
| THE CASTANO GROUP, et al., | |
| Defendants and Appellees. | |

I hereby recuse myself in the above entitled matter and request that the case be reassigned pursuant to Section F. of the Assignment Plan of this Court.

.

**IT IS SO ORDERED.**

Dated:   September 12, 2006

SUSAN ILLSTON
United States District Judge