HUNTON & WILLIAMS LLP
TIMOTHY J. TOOHEY (State Bar No. 140117)
DANIEL C. TEPSTEIN (State Bar No. 193113)
550 South Hope Street, Suite 2000
Los Angeles, California 90071
Telephone: (213) 532-2000
Facsimile:  (213) 532-2020
Email: dtepstein@hunton.com

PAGTER & MILLER
R. GIBSON PAGTER, JR. (State Bar No. 116450)
1551 N. Tustin Avenue, Suite 850
Santa Ana, California 92705
Telephone: (714) 541-6072
Facsimile:  (714) 541-6897

Attorneys for Defendants and Appellees
THE CASTANO PLAINTIFFS' LEGAL
COMMITTEE, ET AL.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DAVID A. BRADLOW, PLAN DISBURSING AGENT FOR THE ESTATE OF MELVIN M. BELLI, ETC.,<br><br>Plaintiff and Appellant,<br><br>v.<br><br>THE CASTANO GROUP ET AL.,<br><br>Defendants and Appellees. | CASE NO. C-06-05344 SI<br><br>**SUBSTITUTION OF COUNSEL FOR ALL DEFENDANTS AND APPELLEES** AND ORDER<br><br>Bankruptcy Case: 95-34573 TC<br>Adversary Proc:   04-3170 TC |

1

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL:

Defendants and Appellees herein, members of The Castano Plaintiffs' Legal Committee, hereby substitute Hunton & Williams LLP, as attorneys of record in place and instead of O'Donnell & Mortimer LLP (formerly known as O'Donnell Shaeffer & Mortimer LLP). All correspondence, pleadings, and other papers should be addressed to Defendants' counsel as follows:

> HUNTON & WILLIAMS LLP
> TIMOTHY J. TOOHEY (State Bar No. 140117)
> DANIEL C. TEPSTEIN (State Bar No. 193113)
> 550 South Hope Street, Suite 2000
> Los Angeles, California 90071
> Telephone: (213) 532-2000
> Facsimile:  (213) 532-2020
> Email: dtepstein@hunton.com

I hereby request the above substitution, and am authorized as Chairman of the Castano Plaintiffs' Legal Committee to request the above substitution, for all Defendants named in this action.[1]

DATED: September 11, 2006

*(signature)*
Robert L. Redfearn, Chairman
The Castano Plaintiffs' Legal Committee

I hereby consent to the substitution.

DATED: September 11, 2006        O'DONNELL & MORTIMER LLP

By: *(signature)*
Ann Marie Mortimer
Former Attorneys for Defendants The Castano Plaintiffs' Legal Committee, et al.

---

[1] A list of all member Defendants for whom the substitution is made is attached hereto as Attachment "A."

1  I hereby accept the substitution and I am duly admitted to practice in this
2  District.

4  DATED: September 11, 2006           HUNTON & WILLIAMS LLP

6  By: _____
7       Daniel C. Tepstein
        Attorneys for Defendants The Castano
8       Plaintiffs' Legal Committee, et al.

10  The Substitution of Attorney is hereby APPROVED.

12  DATED: 9/25/2006                    _____
13                                      UNITED STATES DISTRICT JUDGE

3